UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNY TAYLOR,<br><br>                              Plaintiff,<br><br>          -against-<br><br>BROWN BROTHERS HARRIMAN, ET AL.,<br><br>                              Defendants. | 23-CV-7424 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 15, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 15, 2023
            New York, New York

                                                         /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                  Chief United States District Judge